UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 19-3807

_____

Filed: June 22, 2020

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.                                                               5:18cr448 - BYP

PHILIP M. POPA, JR.

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 05/29/2020 the mandate for this case hereby issues today.  Affirmed

COSTS:  None